Bryan L. P. Saalfeld - 243331
    BSaalfeld@mpbf.com
Abraham M. Andrade III - 321264
    AAndrade@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA  94104-1001
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP., MONTE VISTA ESTATES, LLC & LAMAR ESTATES, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC,  a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual,<br><br>Defendants. | Case No.: 1:20-cv-00448-NONE-SKO<br><br>**ORDER** |

Having reviewed plaintiffs' and defendants LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC and CHAIM RASKIN's Second Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the deadline for Defendants LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC and CHAIM RASKIN to respond to Plaintiffs' Complaint be extended to Friday, June 12, 2020.

IT IS SO ORDERED.

Dated:   **May 22, 2020**                                    /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE