# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., et al., | Case No.  1:20-cv-00448-NONE-SKO |
| Plaintiffs, | **ORDER GRANTING THE PARTIES' STIPULATION AND CONTINUING SCHEDULING CONFERENCE** |
| v. | (Doc. 34) |
| BRANDON BIGELOW, et al., | |
| Defendants. | |
| _____/ | |

This case was filed on March 26, 2020, and all defendants have either appeared or been voluntarily dismissed or defaulted.  On June 3, 2020, the parties who have appeared filed a stipulation to continue the scheduling conference currently set for June 30, 2020, because they anticipate that either a motion to dismiss or an amended complaint will be filed prior to June 30, 2020, and the pleadings will not be at issue by that date.  (*See* Doc. 34.)

For good cause shown, the Court GRANTS the parties' request and CONTINUES the mandatory scheduling conference from June 30, 2020, to August 11, 2020, at 9:30 a.m.  The parties SHALL submit their joint scheduling report by no later than August 4, 2020.

IT IS SO ORDERED.

Dated:   **June 4, 2020**                              /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE