1 | Bryan L. P. Saalfeld - 243331
BSaalfeld@mpbf.com
2 | Abraham M. Andrade III - 321264
AAndrade@mpbf.com
3 | MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
4 | San Francisco, CA  94104-1001
Telephone:     (415) 788-1900
5 | Facsimile:      (415) 393-8087

6 | Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP., MONTE
7 | VISTA ESTATES, LLC & LAMAR ESTATES, LLC

8

9 | **UNITED STATES DISTRICT COURT**

10 | **EASTERN DISTRICT OF CALIFORNIA**

11 | **FRESNO DIVISION**

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company, | Case No.: 1:20-cv-00448-NONE-SKO  **ORDER** |
| Plaintiffs, | |
| v. | |
| BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC,  a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual, | |
| Defendants. | |

Having reviewed plaintiffs' and defendants LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC, CHAIM RASKIN, RICHARD A. GREEN, and RAZMIK ZAKARIAN's Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the deadline for defendants LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC, CHAIM RASKIN, RICHARD A. GREEN, and RAZMIK ZAKARIAN to respond to PLAINTIFFS' operative Complaint be extended to Friday, July 10, 2020.

IT IS SO ORDERED.

Dated: **June 12, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE