1  Bryan L.P. Saalfeld - 243331
      BSaalfeld@mpbf.com
2  Thomas F. Mazzucco – 306681- pending admission
      AAndrade@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   580 California Street, Suite 1100
4  San Francisco, California, 94104
   Telephone:    (415) 788-1900
5  Facsimile:    (415) 393-8087

6  Attorneys for Plaintiffs
   DAKAVIA MANAGEMENT CORP.;
7  MONTE VISTA ESTATES, LLC; and
   LAMAR ESTATES, LLC

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual.<br><br>Defendants. | Case No.: 1:20-cv-00448-NONE-SKO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE FIRST SCHEDULING CONFERENCE**<br><br>(Doc. 88)<br><br>Judge: Hon. Judge Sheila K. Oberto |

- 1 -

95.4 05646891.000

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED by and between the Plaintiffs DAKAVIA MANAGEMENT CORP.; MONTE VISTA ESTATES, LLC; and LAMAR ESTATES, LLC, and defendants RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN; LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC and CHAIM RASKIN (hereafter collectively the "parties") that the Scheduling Conference scheduled for February 22, 2022, respectively be continued for approximately Fifty days (50) for the foregoing reasons.

(1) On January 10, 2022, the Court issued an order granting in part and denying in part Defendants LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC and CHAIM RASKIN's Motion to Dismiss and Motion for Sanctions, and granted Plaintiffs leave to file an amended pleading. [Dkt. 84].

(2) On January 11, 2022, Magistrate Judge Sheila K. Oberto advanced the Initial Scheduling Conference set for 7/19/2022 to 2/22/2022, at 9:30 AM, before Magistrate Judge Sheila K. Oberto.

(3) Pursuant to FRCP Rule 26(a)(1); FRCP Rule 26(f)(1), the parties recently have each met and conferred about the upcoming February 22, 2022 Initial Scheduling Conference. As part of those discussions, and in light of Plaintiffs' intent to file a Third Amended Complaint by February 18, 2022, the parties believe that it is best to wait until the amended pleadings have been filed, evaluated, and responded to by Defendants, so that the parties can present to the Court an efficient and realistic joint scheduling report for the Court's approval.

For the foregoing reasons, the parties stipulate to continue the Scheduling Conference by approximately Fifty days (50) to permit Plaintiffs the opportunity to amend their pleading, and to permit the Defendants the opportunity to evaluate any amended pleadings. The parties are available on the following days for a Scheduling Conference: April 20, 21, or 22, 2022.

| | |
|---|---|
| DATED:  February 10, 2022 | MURPHY, PEARSON, BRADLEY & FEENEY<br><br>By     /s/<br>    Bryan L. P. Saalfeld<br>    Thomas F. Mazzucco<br>    Attorneys for Plaintiffs<br>    DAKAVIA MANAGEMENT CORP.,<br>    MONTE VISTA ESTATES, LLC &<br>    LAMAR ESTATES, LLC |
| DATED:  February 10, 2022 | FOLEY & LARDNER LLP<br><br>By     /s/<br>    Nicholas M. Gross<br>    Attorneys for Defendants<br>    LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company (erroneously sued as a California Limited Liability Company), and CHAIM RASKIN |
| DATED:  February 10, 2022 | WHITNEY THOMPSON & JEFFCOACH<br><br>By     /s/<br>    Timothy Thompson<br>    Mandy Jeffcoach<br>    Attorneys for Defendants<br>    RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN |

**ORDER**

Based on the parties' foregoing stipulation (Doc. 88), and for good cause shown,

IT IS HEREBY ORDERED that the Scheduling Conference, currently set for February 22, 2022, is CONTINUED to April 19, 2022, at 9:45 a.m. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto. The parties shall submit their joint scheduling report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated:   **February 10, 2022**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

**FILER'S ATTESTATION**

I attest that other signatory listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 10, 2022

MURPHY, PEARSON, BRADLEY & FEENEY

By    /s/ *Brian L.P. Saalfeld*
Bryan L. P. Saalfeld
Abraham M. Andrade III
Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.,
MONTE VISTA ESTATES, LLC &
LAMAR ESTATES, LLC