1  Bryan L. P. Saalfeld - 243331
   BSaalfeld@mpbf.com
2  MURPHY, PEARSON, BRADLEY & FEENEY
   580 California Street, Suite 1100
3  San Francisco, CA  94104-1001
   Telephone:    (415) 788-1900
4  Facsimile:    (415) 393-8087

5  Attorneys for Plaintiffs
   DAKAVIA MANAGEMENT CORP.,
6  MONTE VISTA ESTATES, LLC; and
   LAMAR ESTATES, LLC

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company, | Case No.: 1:20-cv-00448-JLT-SKO |
| | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** |
| Plaintiffs, | (Doc. 90) |
| v. | Judge: Hon. Judge Sheila K. Oberto |
| BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual, | |
| Defendants. | |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

On February 8, 2022, Plaintiffs DAKAVIA MANAGEMENT CORP.; MONTE VISTA ESTATES, LLC; and LAMAR ESTATES, LLC, and defendants RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN; LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC and CHAIM RASKIN (hereafter collectively the "parties") filed a stipulation to continue the February 22, 2022 Scheduling Conference to permit Plaintiffs filing of the Third Amended Complaint and sufficient time for Defendants to evaluate and respond, so that the parties can present to the Court an efficient and realistic joint scheduling report for the Court's approval. [Dkt.88.]  The Court granted the Stipulation and Order on February 10, 2022, continuing the Scheduling Conference until April 19, 2022. [Dkt.89.]

Plaintiffs now respectfully seek an additional week until February 25, 2022, to file their Third Amended Complaint.  Good cause supports this stipulation, as Plaintiffs have been attending to a Covid-19 Omicron outbreak at one of their facilities and require additional time to evaluate and finalize whether to remove certain claims and parties from its forthcoming Third Amended Complaint. Plaintiffs seek streamline the pleadings to narrow the issues and allow the matter to proceed more efficiently.  The parties' consent and stipulate (subject to Court approval).

DATED:  February 22, 2022

                                        MURPHY, PEARSON, BRADLEY & FEENEY

                                        By      /s/ *Bryan L.P. Saalfeld*
                                              Bryan L. P. Saalfeld
                                              Abraham M. Andrade III
                                              Attorneys for Plaintiffs
                                              DAKAVIA MANAGEMENT CORP.,
                                              MONTE VISTA ESTATES, LLC and
                                              LAMAR ESTATES, LLC

| | |
|---|---|
| 1 | DATED: February 22, 2022 |
| 2 | FOLEY & LARDNER LLP |

By   /s/ *Nicholas M. Gross*
     Nicholas M. Gross
     Attorneys for Defendants
     LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company (erroneously sued as a California Limited Liability Company), and CHAIM RASKIN

DATED: February 22, 2022

WHITNEY THOMPSON & JEFFCOACH

By   /s/ *Mandy L. Jeffcoach*
     Timothy Thompson
     Mandy Jeffcoach
     Attorneys for Defendants
     RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 90), and for good cause shown,

IT IS HEREBY ORDERED that the deadline for Plaintiffs to file a Third Amended Complaint is extended to February 25, 2022.

IT IS SO ORDERED.

Dated:   **February 22, 2022**                    /s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE