# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BRANDON BIGELOW, an individual , CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVTGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTH CARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC INVESTMENTS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a California Limited Liability Company, and CHAIM RASKIN, an individual.,<br><br>Defendants. | Case No. 1:20-CV-00448-JLT-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>(Doc. 94)<br><br>Judge: Hon. Jennifer L. Thurston<br><br>Complaint Filed: March 26, 2020 |

# ORDER

Having reviewed the joint stipulation filed by Plaintiffs DAKAVIA MANAGEMENT CORP., MONTE VISTA ESTATES, LLC and LAMAR ESTATES, LLC (collectively, "Plaintiffs"), and Defendants LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC and CHAIM RASKIN ("Defendants", collectively with Plaintiffs, the "Parties") (Doc. 94), and good cause appearing:

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation to Extend Time for Defendants to respond to Plaintiffs' Third Amended Complaint (Doc. 92 ("TAC")) is hereby GRANTED.

Defendants shall file any response to the TAC on or before March 25, 2022.

Defendants' deadline to file any answer or other responsive pleading to the TAC, including but not limited to counterclaim(s), shall be extended to fourteen (14) days after the Court's ruling on any motion(s) filed by Defendants in response to the TAC.

IT IS SO ORDERED.

Dated: __March 14, 2022__                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE