Bryan L. Saalfeld - 243331
  BSaalfeld@mpbf.com
Hollyanne A. Raymond - 331279
  hraymond@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, CA  94104-1001
Telephone:    (415) 788-1900
Facsimile:     (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP., MONTE VISTA ESTATES, LLC & LAMAR ESTATES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual,<br><br>Defendants. | Case No.: 1:20-cv-00448-JLT-SK<br><br>**ORDER GRANTING FIFTH AND FINAL JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

1

ORDER GRANTING FIFTH AND FINAL JOINT STIPULATION TO EXTEND TIME FOR   Case No.
DEFS TO FILE REPLY ISO MOT. TO DISMISS THIRD AMENDED COMPLAINT         1:20-CV-00448-JLT-SK

RICHARD A. GREEN, an individual, and RAZMIK ZAKARIAN, an individual,

        Cross- Claimants,

    v.

BRANDON BIGELOW, an individual, and DOES 1 through 50, inclusive,

        Cross-Defendants.

## **ORDER**

Having reviewed the joint stipulation filed by Plaintiffs DAKAVIA MANAGEMENT CORP., MONTE VISTA ESTATES, LLC and LAMAR ESTATES, LLC (collectively, "Plaintiffs"), and Defendants LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, SNF MANAGEMENT, LLC and CHAIM RASKIN ("Defendants", collectively with Plaintiffs, the "Parties"), and good cause appearing:

IT IS HEREBY ORDERED that the Parties' Fifth and Final Joint Stipulation to Extend Time for Defendants to File Reply in Support of Motion to Dismiss Third Amended Complaint is hereby GRANTED.

Defendants shall file their reply in support of their Motion to Dismiss the TAC, if any, on or before **August 5, 2022**.

IT IS SO ORDERED.

Dated:   **July 14, 2022**

                                                                               */s/ Jennifer L. Thurston*
                                                                        UNITED STATES DISTRICT JUDGE

2

ORDER GRANTING FIFTH AND FINAL JOINT STIPULATION TO EXTEND TIME FOR DEFS TO FILE REPLY ISO MOT. TO DISMISS THIRD AMENDED COMPLAINT

Case No. 1:20-CV-00448-JLT-SK