UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BIGELOW, et al.,<br><br>Defendants. | No. 1:20-cv-00448-JLT-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS CHAIM RASKIN, LTC MANAGEMENT HOLDINGS, LLC, SNF PAYROLL, LLC, AND SNF MANAGEMENT, LLC<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT<br><br>(Docs. 98 & 125) |

On October 28, 2022, Plaintiffs filed a Notice of Voluntary Dismissal of Defendants Chaim Raskin, LTC Management Holdings, LLC, SNF Payroll, LLC, and SNF Management, LLC, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 125.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or

all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiffs filed their notice before Defendants Chaim Raskin, LTC Management Holdings, LLC, SNF Payroll, LLC, and SNF Management, LLC served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed Chaim Raskin, LTC Management Holdings, LLC, SNF Payroll, LLC, and SNF Management, LLC with prejudice and this case has automatically terminated as to those defendants. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendants Chaim Raskin, LTC Management Holdings, LLC, SNF Payroll, LLC, and SNF Management, LLC.[1]

This case shall remain OPEN pending resolution of Plaintiffs' case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **October 31, 2022**          /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Chaim Raskin, LTC Management Holdings, LLC, SNF Payroll, LLC, and SNF Management, LLC's motion to dismiss (Doc. 98) is hereby DENIED as MOOT.