Bryan L.P. Saalfeld - 243331
    BSaalfeld@mpbf.com
Hollyanne A. Gentile – 331279
    HGentile@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, California, 94104
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.;
MONTE VISTA ESTATES, LLC; and
LAMAR ESTATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual.<br><br>Defendants. | Case No.: 1:20-cv-00448-NONE-SKO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE JANUARY 25, 2024, SCHEDULING CONFERENCE**<br><br>Judge: Hon. Judge Sheila K. Oberto<br><br>(Doc. 134) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED by and between the Plaintiffs DAKAVIA MANAGEMENT CORP.; MONTE VISTA ESTATES, LLC; and LAMAR ESTATES, LLC, and Defendants RICHARD A. GREEN, and RAZMIK ZAKARIAN (hereafter collectively the "Parties") that the Scheduling Conference scheduled for January 25, 2024, respectively be continued for at least 30 days (30) for the foregoing reasons.

(1) On October 3, 2023, the Court continued the Scheduling Conference in this matter until January 25, 2024. [Dkt. 131]

(2) On December 6, 2023, the Parties participated in a mediation with Judge Lesley Holland (ret.).  Although the mediation was unsuccessful, the Parties have expressed an interest to continue settlement discussions to seek a potential resolution.

(3) Pursuant to FRCP Rule 26(a)(1); FRCP Rule 26(f)(1), the Parties recently have met and conferred about the upcoming January 25, 2024, Initial Scheduling Conference.  As part of those discussions, the Parties agree to and respectfully request a continuance of the current January 25, 2024, Scheduling Conference to permit the Parties additional time to continue settlement discussions in an attempt to avoid further litigation in this matter. Should a resolution not be reached, the Parties will present to the Court an efficient and realistic joint scheduling report for the Court's approval seven days in advance of the new Scheduling Conference.

For the foregoing reasons, the Parties stipulate to continue the Scheduling Conference by at least 30 days (30) as the court's schedule may permit.

DATED:  January 19, 2024

                  MURPHY, PEARSON, BRADLEY & FEENEY

                  By  */s/ Bryan L. Saalfeld*
                      Bryan L. P. Saalfeld
                      Hollyanne Gentile
                      Attorneys for Plaintiffs
                      DAKAVIA MANAGEMENT CORP.,
                      MONTE VISTA ESTATES, LLC &
                      LAMAR ESTATES, LLC

DATED: January 19, 2024

WHITNEY THOMPSON & JEFFCOACH LLP

By /s/Timothy Thompson
Timothy Thompson
Mandy Jeffcoach
Attorneys for Defendants
RICHARD A. GREEN, and RAZMIK ZAKARIAN

## **ORDER**

Based on the foregoing stipulation (Doc. 134), and good cause appearing, **IT IS HEREBY ORDERED** that the Scheduling Conference scheduled for January 25, 2024, is continued to March 7, 2024, at 9:45 AM before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than seven (7) days prior to the Conference.

IT IS SO ORDERED.

Dated:   **January 19, 2024**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE