Bryan L.P. Saalfeld - 243331
    BSaalfeld@mpbf.com
Hollyanne A. Gentile – 331279
    HGentile@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, California, 94104
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.;
MONTE VISTA ESTATES, LLC; and
LAMAR ESTATES, LLC

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>          Plaintiffs,<br><br>     v.<br><br>BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual,<br><br>          Defendants. | Case No.: 1:20-cv-00448-NODJ-SKO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MARCH 7, 2024, SCHEDULING CONFERENCE**<br><br>Judge: Hon. Judge Sheila K. Oberto |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED by and between the Plaintiffs DAKAVIA MANAGEMENT CORP.; MONTE VISTA ESTATES, LLC; and LAMAR ESTATES, LLC, and Defendants RICHARD A. GREEN, and RAZMIK ZAKARIAN (hereafter collectively the "Parties") that the Scheduling Conference scheduled for March 6, 2024, respectively be continued for at least 45 days (45) for the foregoing reasons.

(1) On October 3, 2023, the Court continued the Scheduling Conference in this matter until March 6, 2024. [Dkt. 135]

(2) On December 6, 2023, the Parties participated in a mediation with Judge Lesley Holland (ret.). Although the mediation was unsuccessful, the Parties have expressed an interest to continue settlement discussions to seek a potential resolution.

(3) Pursuant to FRCP Rule 26(a)(1); FRCP Rule 26(f)(1), the Parties recently have met and conferred about the upcoming March 6, 2024, Initial Scheduling Conference. As part of those discussions, the Parties agree to and respectfully request a continuance of the current March 6, 2024, Scheduling Conference to permit the Parties additional time to continue settlement discussions, including the sharing of discovery documents informally, in an attempt to avoid further litigation in this matter.

Should a resolution not be reached, the Parties will present to the Court an efficient and realistic joint scheduling report for the Court's approval seven days in advance of the new Scheduling Conference.

As an additional matter, counsel for Plaintiff is unavailable in beginning March 6, 2024, in a trial scheduled for what is anticipated to be a 4- week trial in Los Angeles Superior Court until April 18, 2024.

For the foregoing reasons, the Parties stipulate to continuing the Scheduling Conference by at least 45 days (45) as the court's schedule may permit.

DATED:  March 1, 2024

MURPHY, PEARSON, BRADLEY & FEENEY

By  */s/ Bryan L. Saalfeld*
 Bryan L. P. Saalfeld
 Hollyanne Gentile
 Attorneys for Plaintiffs
 DAKAVIA MANAGEMENT CORP.,
 MONTE VISTA ESTATES, LLC &
 LAMAR ESTATES, LLC

DATED:  March 1, 2024

WHITNEY THOMPSON & JEFFCOACH LLP

By  */s/Timothy Thompson*
 Timothy Thompson
 Mandy Jeffcoach
 Attorneys for Defendants
 RICHARD A. GREEN, and RAZMIK ZAKARIAN

# **ORDER**

Based on the foregoing stipulation (Doc. 136), and good cause appearing, **IT IS HEREBY ORDERED** that the Scheduling Conference scheduled for March 7, 2024, is continued to May 9, 2024, at 9:30 AM before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than seven (7) days prior to the Conference.

IT IS SO ORDERED.

Dated:   **March 1, 2024**              /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE