Bryan L.P. Saalfeld - 243331
    BSaalfeld@mpbf.com
Hollyanne A. Gentile – 331279
    HGentile@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, California, 94104
Telephone:    (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.;
MONTE VISTA ESTATES, LLC; and
LAMAR ESTATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual.<br><br>Defendants. | Case No.: 1:20-cv-00448-NONE-SKO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE AUGUST 8, 2024, SCHEDULING CONFERENCE**<br><br>Judge: Hon. Judge Sheila K. Oberto |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED by and between the Plaintiffs DAKAVIA MANAGEMENT CORP.; MONTE VISTA ESTATES, LLC; and LAMAR ESTATES, LLC, and Defendants RICHARD A. GREEN, and RAZMIK ZAKARIAN (hereafter collectively the "Parties") that the Scheduling Conference scheduled for August 8, 2024, respectively be continued for at least 90 days (90) for the foregoing reasons.

(1) On May 2, 2024, the Court continued the Scheduling Conference in this matter until May 9, 2024. [Dkt. 138]

(2) On December 6, 2023, the Parties participated in a mediation with Judge Lesley Holland (ret.). Although the mediation was unsuccessful, the Parties have continued to engage in settlement discussions to seek a potential resolution.

(3) Pursuant to FRCP Rule 26(a)(1); FRCP Rule 26(f)(1), the Parties recently have met and conferred about the upcoming August 8, 2024, Initial Scheduling Conference. As part of those discussions, the Parties agree to and respectfully request a continuance of the current August 8, 2024, Scheduling Conference to additional permit the Parties additional time to continue settlement discussions, including the further evaluation and sharing of discovery documents informally, in an attempt to avoid further litigation in this matter. The parties believe that the additional time will be fruitful to avoid further costs and an effort to seek resolution.

Should a resolution not be reached, the Parties will present to the Court an efficient and realistic joint scheduling report for the Court's approval seven days in advance of the new Scheduling Conference.

As an additional matter, counsel for Plaintiff is unavailable beginning September 23, 2024, in a trial scheduled for what is anticipated to be a 4-week trial in Orange County Superior Court until early November 2024.

For the foregoing reasons, the Parties stipulate to continuing the Scheduling Conference by at least 90 days (90) as the court's schedule may permit.

DATED: July 31, 2024

MURPHY, PEARSON, BRADLEY & FEENEY

By /s/ Bryan L. Saalfeld
Bryan L. P. Saalfeld
Hollyanne Gentile
Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.,
MONTE VISTA ESTATES, LLC &
LAMAR ESTATES, LLC

DATED: July 31, 2024

WHITNEY THOMPSON & JEFFCOACH LLP

By /s/Timothy Thompson
Timothy Thompson
Mandy Jeffcoach
Attorneys for Defendants
RICHARD A. GREEN, and RAZMIK ZAKARIAN

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the parties' joint stipulation (Doc. 140), and good cause appearing, the Scheduling Conference scheduled for August 8, 2024, is CONTINUED to December 10, 2024, at 10:15 AM. The parties are to submit their joint scheduling report one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **July 31, 2024**           /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

# FILER'S ATTESTATION

I attest that other signatory listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 31, 2024

MURPHY, PEARSON, BRADLEY & FEENEY

By      /s/ *Bryan L.P. Saalfeld*
Bryan L. P. Saalfeld
Abraham M. Andrade III
Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.,
MONTE VISTA ESTATES, LLC &
LAMAR ESTATES, LLC