Bryan L.P. Saalfeld - 243331
   BSaalfeld@mpbf.com
Hollyanne A. Gentile – 331279
   HGentile@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, California, 94104
Telephone:   (415) 788-1900
Facsimile:    (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.;
MONTE VISTA ESTATES, LLC; and
LAMAR ESTATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual.<br><br>Defendants. | Case No.: 1:20-cv-00448-NONE-SKO<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE FEBRUARY 18, 2025, SCHEDULING CONFERENCE**<br><br>**(Doc. 144)**<br><br>Judge: Hon. Judge Sheila K. Oberto |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

IT IS HEREBY STIPULATED by and between the Plaintiffs DAKAVIA MANAGEMENT CORP.; MONTE VISTA ESTATES, LLC; and LAMAR ESTATES, LLC, and Defendants RICHARD A. GREEN, and RAZMIK ZAKARIAN (hereafter collectively the "Parties") that the Scheduling Conference scheduled for February 18, 2025, respectively be continued for at least sixty days (90) for the foregoing reasons.

(1) On November 17, 2024, the Court continued the Scheduling Conference in this matter until February 18, 2025. [Dkt. 143]

(2) The Parties participated in a mediation with Judge Lesley Holland (ret.) and continue to meet and confer towards efforts to resolve this matter. Although the mediation was unsuccessful, the Parties have continued to engage in settlement discussions to seek a potential resolution.

(3) Pursuant to FRCP Rule 26(a)(1); FRCP Rule 26(f)(1), the Parties recently have met and conferred about the upcoming February 18, 2025, Initial Scheduling Conference. As part of those discussions, the Parties agree to and respectfully request a continuance of the current Scheduling Conference to additional permit the Parties additional time to continue settlement discussions, including the further evaluation and sharing of discovery documents informally, in an attempt to avoid further litigation in this matter. The parties continue to believe that the additional time will be fruitful to avoid further costs and an effort to seek resolution.

Should a resolution not be reached, the Parties will present to the Court an efficient and realistic joint scheduling report for the Court's approval seven days in advance of the new Scheduling Conference.

For the foregoing reasons, the Parties stipulate to continue the Scheduling Conference by at least ninety days (90) as the court's schedule may permit.

DATED:  February 11, 2025

                        MURPHY, PEARSON, BRADLEY & FEENEY

                        By  */s/ Bryan L. Saalfeld*
                             Bryan L. P. Saalfeld
                             Hollyanne Gentile
                             Attorneys for Plaintiffs
                             DAKAVIA MANAGEMENT CORP.,
                             MONTE VISTA ESTATES, LLC &
                             LAMAR ESTATES, LLC

DATED:  February 11, 2025

                        WHITNEY THOMPSON & JEFFCOACH LLP

                        By  */s/Timothy Thompson*
                             Timothy Thompson
                             Mandy Jeffcoach
                             Attorneys for Defendants
                             RICHARD A. GREEN, and RAZMIK ZAKARIAN

**ORDER**

**IT IS HEREBY ORDERED** that pursuant to the parties' joint stipulation, (Doc. 144), the Scheduling Conference set for February 18, 2025, is **CONTINUED to June 12, 2025 at 9:30 am in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**. The parties SHALL submit their joint statement one week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **February 11, 2025**              /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE