Bryan L.P. Saalfeld - 243331
BSaalfeld@mpbf.com
Gerald Kipper – 323709
GKipper@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
580 California Street, Suite 1100
San Francisco, California, 94104
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.;
MONTE VISTA ESTATES, LLC; and
LAMAR ESTATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,

Plaintiffs,

v.

BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual.

Defendants.

Case No.: 1:20-cv-00448-JLT-EGC

**ORDER ON JOINT STIPULATION TO EXTEND PLAINTIFF DAKAVIA MANAGEMENT CORP.'S DEADLINE TO RESPOND TO DEFENDANT RAZMIK ZAKARIAN'S FIRST SET OF REQUESTS FOR ADMISSION, FIRST SET OF REQUESTS FOR PRODUCTION, AND FIRST SET OF SPECIAL INTERROGATORIES**

(Doc. 168)

Having considered the stipulation entered into by Plaintiff Dakavia Management Corp. and Defendant Razmik Zakarian, (Doc. 168), and for good cause shown, it is hereby ORDERED that Plaintiff Dakavia Management Corp.'s deadline to serve written responses to Defendant Razmik Zakarian's First Set of Requests for Admission, First Set of Requests for Production, and First Set of Special Interrogatories is EXTENDED up to and including September 21, 2026.

IT IS SO ORDERED.

Dated: **September 14, 2026**

UNITED STATES MAGISTRATE JUDGE