Bryan L.P. Saalfeld - 243331
BSaalfeld@mpbf.com
Gerald Kipper – 323709
GKipper@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, 14th Floor
San Francisco, California, 94104
Telephone: (415) 788-1900
Facsimile: (415) 393-8087

Attorneys for Plaintiffs
DAKAVIA MANAGEMENT CORP.;
MONTE VISTA ESTATES, LLC; and
LAMAR ESTATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DAKAVIA MANAGEMENT CORP., an Oregon Corporation; MONTE VISTA ESTATES, LLC, a Colorado Limited Liability Company; and LAMAR ESTATES, LLC, a Colorado Limited Liability Company,

Plaintiffs,

v.

BRANDON BIGELOW, an individual, CURTIS BIGELOW, an individual RICHARD A. GREEN, an individual, RAZMIK ZAKARIAN, an individual, INVIGORATE HEALTHCARE, INC., a California Corporation, INVIGORATE HEALTHCARE, LLC, a California Limited Liability Company, INVIGORATE HEALTHCARE MANAGEMENT, LLC, a California Limited Liability Company, MONTE VISTA CARE HOLDINGS, LLC, a California Limited Liability Company, LAMAR HOLDINGS, LLC, a California Limited Liability Company, LTC MANAGEMENT HOLDINGS, LLC, a California Limited Liability Company, SNF PAYROLL, LLC, a California Limited Liability Company, SNF MANAGEMENT, LLC, a Delaware Limited Liability Company, and CHAIM RASKIN, an individual.

Defendants.

Case No.: 1:20-cv-00448-JLT-EGC

**ORDER ON AMENDED JOINT STIPULATION TO MODIFY THE COURT'S CASE MANAGEMENT SCHEDULING ORDER AND FURTHER EXTEND CERTAIN DISCOVERY DEADLINES**

Magistrate Judge: Hon. Erin Guy Castillo

Trial Date: November 23, 2027

Doc. 176

Having considered the Renewed Joint Stipulation of Plaintiff DAKAVIA MANAGEMENT CORP. and Defendants RICHARD A. GREEN, RAZMIK ZAKARIAN, and CURTIS BIGELOW (Doc. 174), and for good cause shown, pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court ORDERS as follows:

**(1)** The Non-Expert Discovery Cut Off is extended from October 1, 2026, to November 15, 2026.

**(2)** The Expert Discovery Initial Disclosure deadline is extended from December 1, 2026, to January 15, 2027.

**(3)** The Expert Rebuttal Disclosure deadline is extended from February 1, 2027, to March 15, 2027.

**(4)** The Expert Witness Discovery Cut Off is extended from April 1, 2027, to May 15, 2027.

**(5)** So that no motions deadline precedes the close of all discovery, the deadline for filing non-dispositive motions, presently May 14, 2027 (Doc. 166), is extended to **May 26, 2027**. **The Court hereby modifies the hearing date for the non-dispositive motions to June 30, 2027 to comport with E.D. Cal. Local Rule 230 (b) and the Court's standing order.**

**(6)** The deadlines of Defendants Richard A. Green and Razmik Zakarian to serve responses to Plaintiffs' outstanding written discovery are each extended by two (2) weeks from their respective current due dates, up to and including October 30, 2026.

**(7)** Plaintiff Dakavia Management Corp.'s deadline to serve written responses to Defendants' First Set of Requests for Admission, First Set of Requests for Production, and First Set of Special Interrogatories is extended from September 28, 2026, up to and including October 16, 2026.

**(8)** Except as expressly modified herein, all other dates and deadlines set by the Court, including the trial date, remain unchanged.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE